```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Leslie Nesblett

        v.                                Civil No. 13-cv-515-NT

Concord Federal Probation, et al


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Margaret J. Kravchuck dated January 8, 2014. The complaint is hereby dismissed for the reasons set forth therein.  The clerk is directed to enter judgment and close the case.


    SO ORDERED.

                                          /s/ Nancy Torresen
                                          Nancy Torresen
                                          United States Judge

Date: February 28, 2014

cc:  Leslie Neblett